IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

| | |
|---|---|
| STEVE A. LOVE, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CA No. **0:00-442-19** |
| ) | |
| YORK COUNTY, SOUTH CAROLINA ) | |
| SCHOOL DISTRICT NO. 1, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been rendered moot (pending preclearance of certain legislation by the U.S. Department of Justice),

**IT IS ORDERED** on this the 18th day of May, 2000, at Columbia, South Carolina, that this action is hereby **DISMISSED** without costs and without prejudice. If the settlement is not consummated within 90 days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R. Civ. P. In the alternative, to the extent permitted by law, either party may within 90 days petition the Court to enforce settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978).

DENNIS W. SHEDD
UNITED STATES DISTRICT JUDGE